UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

John F. Giacobbi, Jr., a/k/a an
Officer and Individual of JMR
Development of CNY, Inc. and
Michele L. Giacobbi, a/k/a an
Officer and Individual of JMR
Development of CNY, Inc.,

         Debtors

Chapter 7
Case No.: 09-31955-5

---

Erie Materials, Inc.,

         Plaintiff,

-vs-

John F. Giacobbi, Jr., a/k/a an
Officer and Individual of JMR
Development of CNY, Inc. and
Michele L. Giacobbi, a/k/a an
Officer and Individual of JMR
Development of CNY, Inc.,

         Defendants

AP Case No.: 09-50122-5

**STIPULATION OF
DISCONTINUANCE**

---

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, <u>with prejudice</u>, and without cost to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: December  8 , 2009

_____
Richard T. Ward, Esq.,
Attorney for Defendant

Dated: December 18 , 2009

_____
F. Scott Molnar, Esq.
Byrne, Costello & Pickard, P.C.,
Attorney for Plaintiff

U:\intern\Wpfiles\FSM\FRJE\JMR Development of CNY, Inc\Bankruptcy\Stipulation of Discontinuance.wpd